RECEIVED

JUN 2 6 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ELDON NAQUIN, *ET AL.*, Plaintiffs | CIVIL ACTION NO. 1:17-CV-01311 |
| VERSUS | JUDGE DRELL |
| FOREST RIVER, INC., *ET AL.*, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Motion to Dismiss for Failure to State a Claim Upon Which Relief can be Granted (Doc. 5) filed by the Defendants Forest River and Camping World is GRANTED IN PART and DENIED IN PART. Specifically, Defendants' motion is GRANTED as to Plaintiffs' claims for breach of express warranty against Forest River under the MMWA, and DENIED as to Plaintiffs' claims for breach of implied warranties under the MMWA and Louisiana redhibition laws.

IT IS FURTHER ORDERED that Plaintiffs' claims for breach of express warranty against Forest River under the MMWA are DISMISSED WITHOUT PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 25th day of _____, 2018.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT